GEORGE P. FELCHER v. HENRY N. BREVOORT, CIRCUIT JUDGE OF WAYNE COUNTY.

*Appeal-bond—Sufficiency of sureties—Mandamus.*

There is no occasion for interfering by *mandamus* with the discretion of a circuit judge in ordering a defendant, who has appealed from a judgment in summary proceedings to recover the possession of land, to file an additional appeal-bond, where the appellant could have filed a new bond, or made a showing before the circuit court of the sufficiency of the sureties in the original bond.

*Mandamus.*    Order to show cause denied December 12, 1893.

Relator appealed from a judgment in summary proceedings to recover the possession of land, and, on motion of the appellees, was ordered by the respondent to file an additional appeal-bond because of the insufficiency of the sureties in the original bond.    Relator objected, on the ground of the alleged insufficiency of the affidavit filed in support of the motion, and applied for a *mandamus* to vacate the order.

*T. E. Tarsney,* for relator.

PER CURIAM.    An order to show cause is denied.    There is no occasion for interfering with the discretion of the circuit judge by the discretionary writ of *mandamus* where relator could have filed a new bond, or made a showing of the sufficiency of the sureties before the circuit court.